**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02576-RBJ

MARCOS CALDERON-SOLIS,

      Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, CO;
GEORGE VALDEZ, Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;
DAVID J. VENTURELLA, Acting Director of Immigration and Customs Enforcement; and
TODD BLANCHE, Acting Attorney General. U.S. Department of Justice, in their official capacities,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Senior United States District Judge R. Brooke Jackson entered on June 22, 2026, [ECF No. 13], it is

ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 22nd day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: _____

H. Guerra, Deputy Clerk